Application for INDEX NUMBER pursuant to

FEE $210.00

2/8/07

☐ Third Party Action

Spaces below to be Typed or Printed by Applicant

__SUPREME__ COURT PUTNAM COUNTY

2007 OCT 30 PM 2:53 PUTNAM COUNTY CLERK

TITLE OF ACTION OR PROCEEDING

Putnam County Humane Society

v.

Linda Nelson

TO BE COMPLETED BY APPLICANT

TYPE OF ACTION - RECORDS RETENTION

☐ FORECLOSURE         ☐ CERTIORARI
☐ MATRIMONIAL         ☐ CONTRACT
☐ NAME CHANGE         ☐ SCAR
☐ OTHER               ☐ TORT

David Bernheim  6 East McAiry Rd Croton on Hudson NY 10520
Name and address of Attorney for Plaintiff or Petitioner

_____
Name and address of Attorney for Defendant or Respondent

_____
Name of Payor

**DO NOT DETACH**

RECEIPT

■ Tax certiorari — TAX
■ Foreclosure — FOR
☐ Condemnation - COND
☐ Landlord/Tenant - LT
☐ Other Real Property- ORP

RP78
ELEC
Art.81
RP 81
MHYG

☐ Other Special Proceeding-OS P
OSP

☐ Other Matters — OTH

Check YES or NO for each of the following questions. Is this proceeding against a:

☐ YES  X ☐NO   Municipality: (specify) ~~CITY OF NEW YORK~~
  YES   X☐ NO   Public Authority (specify)

☐ YES   x ☐ NO   Does this action/ proceeding seek equitable relief ?
x ☐ YES  X ☐ NO   Does this action/ proceeding seek recovery for personal injury?
☐ YES   X  ☐ NO   Does this action/ proceeding seek recovery for property damage?

**Pre-Note Time Frames:**
**(This applies to all cases except contested matrimonials and tax certiorari cases)**
Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue)
X☐ Expedited: 0-8 months    ☐ Standard: 9-12 months    ☐Complex: 13-15 months
**Contested Matrimonial Cases only (check and give date)**
Has summons been served?         ☐ No    ☐Yes  Date _____
Was a Notice of No Necessity filed?  ☐ No    ☐ Yes  Date_____

**Attorney(s) for Plaintiff(s):**

| Self Rep | Name | Address | Phone No. |
|---|---|---|---|
| ☐ | David Bernheim | 6 East Mt. Airy Road<br>Post Office Box 248<br>Croton-on-Hudson, NY 10520 | 914-271-6323 |
| ☐ | | | |

**Attorney(s) for Defendant(s)**   UNKNOWN

* **Self Represented**: parties representing themselves, without an attorney, should check the "Self Rep" box and enter their name, address and phone number in the space provided above for attorneys.

**INSURANCE CARRIERS:** ~~Defendant NEW YORK CITY is Self-Insured.~~ QB None

Related Cases: (if None, write "NONE" below)

| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|
| ~~NONE~~ QB Potnam County Humane Society v. Linda Welson | | | |

I affirm under penalty of perjury that, to my knowledge, other than as noted above, there are and have been no related actions or proceedings nor has a Request for Judicial Intervention previously been filed in this action or proceeding.

_David Bernheim_
(Signature)

DAVID BERNHEIM
_____
(Print or type name)
(Attorney for) Plaintiff
6 East Mt. Airy Road
P.O. Box 248
Croton-on-Hudson, N.Y. 10520
Tel. 914-271-6323